# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SHENG-WEN CHENG, | Case No. 23-CV-2027 (NEB/DJF) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JARED RARDIN, | |
| Respondent. | |

The Court has received the November 20, 2023 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 41.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 41) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus under 22 U.S.C. § 2241 (ECF No. 1) is DENIED AS MOOT; and

3. The action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9, 2024　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2